

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2014

No. 04-14-00027-CR

Isidoro **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6175
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on May 28, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to June 27, 2014. On June 26, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until July 28, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by July 28, 2014

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court